

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00275-CR

CAROLE HILL LILLY A/K/A                                          APPELLANT
CAROLE HILL BEARDEN

V.

THE STATE OF TEXAS                                                  STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Appellant Carole Hill Lilly a/k/a Carole Hill Bearden pleaded guilty to delivery of more than four but less than 200 grams of methamphetamine. *See* Tex. Health & Safety Code Ann. § 481.112(d) (West 2010). The trial court sentenced Appellant on June 20, 2011, to fifteen and one-half years' confinement in accordance with the plea agreement. The trial court's

---

[1]*See* Tex. R. App. P. 47.4.

certification of Appellant's right of appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal." Appellant filed a pro se notice of appeal in the trial court on June 30, 2011. Concerned that we did not have jurisdiction over this appeal, we sent a letter to Appellant and her retained counsel requesting a response by July 21, 2011, showing grounds for continuing the appeal. We have not received a response. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 29, 2011